STUART F. DELERY
   Acting Assistant Attorney General
ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
   Deputy Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
   Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov

Attorneys for Defendant
Federal Bureau of Investigation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; SAN FRANCISCO BAY GUARDIAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant. | No. 12-cv-3728 DMR<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

To the Clerk of this Court and all parties of record:

    Please withdraw the appearance of Juan D. Walker, Assistant United States Attorney, United States Attorney's Office for the Northern District of California, and enter the appearance of Brad P. Rosenberg, United States Department of Justice, Civil Division, Federal Programs Branch, as counsel of record for the defendant in the above-captioned case.

1  DATED:  August 31, 2012                Respectfully submitted,

2

3                                         STUART F. DELERY
                                          Acting Assistant Attorney General,
4                                         Civil Division

5                                         ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
                                          Deputy Branch Director
6
                                          /s/ *Brad P. Rosenberg*
7                                         BRAD P. ROSENBERG (D.C. Bar No. 467513)
                                          Trial Attorney
8                                         U.S. Department of Justice,
                                          Civil Division, Federal Programs Branch
9                                         P.O. Box 883
                                          Washington, D.C.  20044
10                                        Telephone:  (202) 514-3374
                                          Facsimile:  (202) 616-8460
11                                        E-mail:  brad.rosenberg@usdoj.gov

12                                        *Attorneys for Defendant*
                                          *Federal Bureau of Investigation*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL
Case No. 12-cv-3728-DMR