Michael T. Risher (CA SBN 191627)
mrisher@aclunc.org
Linda Lye (CA SBN 215584)
llye@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street, 2nd Floor
San Francisco, California 94111
Telephone:   415-621-2493
Facsimile:   415-255-8437

Attorneys for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION OF
NORTHERN CALIFORNIA and
SAN FRANCISCO BAY GUARDIAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; SAN FRANCISCO BAY GUARDIAN,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | CASE No.: 12-cv-3728-SI<br><br>**SUPPLEMENTAL DECLARATION OF LINDA LYE IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY ADJUDICATION AND IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   March 15, 2012<br>Time:   9:00 a.m.<br>Dept.:   Courtroom 10, 19th Floor |

I, Linda Lye, declare as follows:

1. I am a staff attorney at the American Civil Liberties Union Foundation of Northern California. I am counsel for Plaintiffs American Civil Liberties Union of Northern California ("ACLU-NC") and *San Francisco Bay Guardian* ("*Bay Guardian*") in this action. The information contained in this declaration is based upon my personal knowledge and if called upon to testify, I could and would competently testify thereto.

### The FBI's Domestic Investigations and Operations Guide

2. The FBI has issued a Domestic Investigations and Operations Guide ("DIOG"). The DIOG is available on the FBI's website at http://vault.fbi.gov/FBI%20Domestic%20Investigations%20and%20Operations%20Guide%20%28DIOG%29/fbi-domestic-investigations-and-operations-guide-diog-2011-version My prior declaration in this matter attached as an exhibit excerpts from the DIOG. A true and correct copy of additional excerpts of the DIOG that I obtained from this website is attached to this declaration as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of March, 2013, in San Francisco, California

_____/s/_____<br>
Linda Lye

*ACLU-NC, et al. v. FBI*, Case No. 12-cv-3728-SI
Supp. Lye Decl.

2

# EXHIBIT 1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 09-01-2011 BY UC 60322 LP/PJ/SZ

# 4 (U) PRIVACY AND CIVIL LIBERTIES, AND LEAST INTRUSIVE METHODS

## 4.1 (U) CIVIL LIBERTIES AND PRIVACY

### 4.1.1 (U) OVERVIEW

(U) The FBI is responsible for protecting the security of our nation and its people from crime and terrorism while maintaining rigorous obedience to the Constitution. *The Attorney General's Guidelines for Domestic FBI Activities* (AGG-Dom) establish a set of basic principles that serve as the foundation for all FBI mission-related activities. When these principles are applied, they demonstrate respect for civil liberties and privacy as well as adherence to the Constitution and laws of the United States. These principles are as follows:

- A) **(U) Protecting the public includes protecting their rights and liberties.** FBI investigative activity is premised upon the fundamental duty of government to protect the public, which must be performed with care to protect individual rights and to ensure that investigations are confined to matters of legitimate government interest.

- B) **(U) Only investigate for a proper purpose.** All FBI investigative activity must have an authorized law enforcement, national security, or foreign intelligence purpose.

- C) **(U) Race, ethnicity, religion, or national origin alone can never constitute the sole basis for initiating investigative activity.** Although these characteristics may be taken into account under certain circumstances, there must be an independent authorized law enforcement or national security purpose for initiating investigative activity.

- D) **(U) Only perform authorized activities in pursuit of investigative objectives.** Authorized activities conducted as part of a lawful assessment or investigation include the ability to: collect criminal and national security information, as well as foreign intelligence; provide investigative assistance to federal, state, local, tribal, and foreign agencies; conduct intelligence analysis and planning; and retain and share information.

- E) **(U) Employ the least intrusive means that do not otherwise compromise FBI operations.** Assuming a lawful intelligence or evidence collection objective, i.e., an authorized purpose, strongly consider the method (technique) employed to achieve that objective that is the least intrusive available (particularly it there is the potential to interfere with protected speech and association, damage someone's reputation, intrude on privacy, or interfere with the sovereignty of foreign governments) while still being operationally sound and effective.

- F) **(U) Apply best judgment to the circumstances at hand to select the most appropriate investigative means to achieve the investigative goal.** The choice of which investigative method to employ is a matter of judgment, but the FBI must not hesitate to use any lawful method consistent with the AGG-Dom when the degree of intrusiveness is warranted in light of the seriousness of the matter concerned.

### 4.1.2 (U) PURPOSE OF INVESTIGATIVE ACTIVITY

(U) One of the most important safeguards in the AGG-Dom—one that is intended to ensure that FBI employees respect the constitutional rights of Americans—is the threshold requirement that

UNCLASSIFIED – FOR OFFICIAL USE ONLY
§4    Domestic Investigations and Operations Guide

all investigative activities be conducted for an authorized purpose. Under the AGG-Dom that authorized purpose must be an authorized national security, criminal, or foreign intelligence collection purpose.

(U) Simply stating such a purpose, however, is not sufficient to ensure compliance with this requirement. The authorized purpose must be well-founded and well-documented. In addition, the information sought and the investigative method used to obtain it must be focused in scope, time, and manner to achieve the underlying purpose. Furthermore, the Constitution sets limits on what that purpose may be. It may not be solely to monitor the exercise of constitutional rights, such as the free exercise of speech, religion, assembly, press and petition, and, equally important, the authorized purpose may not be based solely on the race, ethnicity, national origin or religious beliefs of an individual, group, or organization or a combination of only those factors.

(U) It is important to understand how the "authorized purpose" requirement and these constitutional limitations relate to one another. For example, individuals or groups who communicate with each other or with members of the public in any form in pursuit of social or political causes—such as opposing war or foreign policy, protesting government actions, or promoting certain religious beliefs—have a First Amendment right to do so. No investigative activity may be conducted for the sole purpose of monitoring the exercise of these rights. If a well-founded basis to conduct investigative activity exists, however, and that basis is not solely activity that is protected by the First Amendment or on the race, ethnicity, national origin or religion of the participants—FBI employees may assess or investigate these activities, subject to other limitations in the AGG-Dom and the DIOG. In such a situation, the investigative activity would not be based solely on constitutionally-protected conduct or on race, ethnicity, national origin or religion. Finally, although investigative activity would be authorized in this situation, it is important that it be conducted in a manner that does not materially interfere with the ability of the individuals or groups to engage in the exercise of constitutionally-protected rights.

### 4.1.3  *(U) OVERSIGHT AND SELF-REGULATION*

(U) Every FBI employee has the responsibility to ensure that the activities of the FBI are lawful, appropriate and ethical as well as effective in protecting the civil liberties and privacy of individuals in the United States. Strong oversight mechanisms are in place to assist the FBI in carrying out this responsibility. Department of Justice (DOJ) oversight is provided through provisions of the AGG-Dom, other Attorney General Guidelines, and oversight by other DOJ components. DOJ and the FBI's Inspection Division, and the FBI's Office of Integrity and Compliance (OIC) and Office of the General Counsel (OGC), also provide substantial monitoring and guidance. In the criminal investigation arena, prosecutors and district courts exercise oversight of FBI activities. In the national security and foreign intelligence arenas, the DOJ National Security Division (NSD) exercises that oversight. The DOJ NSD's Oversight Section and the FBI's OGC are responsible for conducting regular reviews of all aspects of FBI national security and foreign intelligence activities. These reviews, conducted at FBI field offices and FBI Headquarters (FBIHQ) divisions, broadly examine such activities for compliance with the AGG-Dom and other applicable requirements. In addition, the AGG-Dom creates additional requirements, including:

    A) (U) Required notification by the FBI to the DOJ NSD concerning a Full Investigation that involves foreign intelligence collection, a Full Investigation of a United States person