STUART F. DELERY
    Acting Assistant Attorney General
ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
    Deputy Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
    Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov

Attorneys for Defendant
Federal Bureau of Investigation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; SAN FRANCISCO BAY GUARDIAN,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Case No. 12-cv-3728-SI<br><br>**NOTICE OF LODGING OF *IN-CAMERA, EX PARTE* DECLARATION OF DAVID M. HARDY** |

PLEASE TAKE NOTICE that the *in-camera, ex parte* declaration of David M. Hardy has been lodged with the Court Security Officer for the Court's *in-camera, ex parte* review.

As noted in the publicly filed Third Declaration of David M. Hardy, dated July 31, 2013, the Federal Bureau of Investigation ("FBI") has withheld information in this Freedom of Information Act ("FOIA") lawsuit pursuant to FOIA Exemption (b)(1).  The information withheld relates to information about, and provided by, a classified intelligence source. *See* Third Declaration of David M. Hardy ¶ 9.  The disclosure of information about this source, the symbol and file numbers associated with this source, or the content of the information provided, would compromise this classified source and trigger myriad national security harms. *See id.*

Accordingly, defendant is lodging an *in-camera, ex parte* declaration that describes for the Court in detail why this information is exempt from disclosure.

DATED:  July 31, 2013             Respectfully submitted,

                                  STUART F. DELERY
                                  Acting Assistant Attorney General

                                  ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
                                  Deputy Branch Director

                                  /s/ Brad P. Rosenberg
                                  BRAD P. ROSENBERG (D.C. Bar No. 467513)
                                  Trial Attorney
                                  U.S. Department of Justice,
                                  Civil Division, Federal Programs Branch
                                  P.O. Box 883
                                  Washington, D.C.  20044
                                  Telephone:  (202) 514-3374
                                  Facsimile:  (202) 616-8460
                                  E-mail:  brad.rosenberg@usdoj.gov

                                  *Attorneys for the Defendant*
                                  *Federal Bureau of Investigation*

NOTICE OF LODGING OF IN-CAMERA, EX PARTE DECLARATION OF DAVID M. HARDY
Case No. 12-cv-3728-SI