UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; SAN FRANCISCO BAY GUARDIAN, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Case No. 12-cv-3728-SI <br><br> ~~PROPOSED~~ ORDER |

Upon consideration of defendant's Motion for Stay Due to Lapse in Appropriations, and for good cause shown, it is hereby ODERED that defendant's motion shall be, and it hereby is, GRANTED.  This action is STAYED until further notice.

The parties shall file a Joint Case Management Statement proposing a resumption of the briefing schedule in this case within seven days of Congress appropriating funds to the Department of Justice.

IT IS SO ORDERED.

_Susan Illston_
Judge Susan Illston
United States Senior District Judge

10/15/13
Date

PROPOSED ORDER
Case No. 12-cv-3728-SI

1