UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; SAN FRANCISCO BAY GUARDIAN, | ) ) ) ) | No. 12-cv-3728-SI |
| Plaintiffs, | ) ) | |
| v. | ) ) | ~~PROPOS~~ED ORDER |
| FEDERL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the parties' Joint Case Management Statement of October 23, 2013, the Court hereby LIFTS THE STAY that was entered in this matter on October 16, 2013. The Court also adopts the following schedule for the resumption of briefing in this matter:

- Plaintiffs' Opening Brief to be filed no later than October 25, 2013.
- Defendant's Response (which will serve to renew the Federal Bureau of Investigation's motion for summary judgment) to be filed no later than November 15, 2013.
- Plaintiffs' Reply to be filed no later than December 6, 2013.
- A hearing will be held on December 20, 2013.

IT IS SO ORDERED.

_____
Judge Susan Illston
United States Senior District Judge

10/24/13
_____
Date

PROPOSED ORDER
Case No. 12-cv-3728-SI