Michael T. Risher (CA SBN 191627)
mrisher@aclunc.org
Linda Lye (CA SBN 215584)
llye@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street, 2nd Floor
San Francisco, California 94111
Telephone:    415-621-2493
Facsimile:    415-255-8437

Attorneys for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION OF
NORTHERN CALIFORNIA and
SAN FRANCISCO BAY GUARDIAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; SAN FRANCISCO BAY GUARDIAN,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | CASE No.: 12-cv-3728-SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL OF SAN FRANCISCO BAY GUARDIAN** |

**STIPULATION**

WHEREAS, Plaintiff San Francisco Bay Guardian no longer publishes a newspaper or otherwise disseminates information to the public;

THEREFORE, the parties through their respective counsel of record jointly request that the Court enter a voluntary dismissal of Plaintiff San Francisco Bay Guardian, with Defendant and Plaintiff San Francisco Bay Guardian bearing their own attorney's fees and costs with respect to this action, and Plaintiff American Civil Liberties Union of Northern California remaining a Plaintiff in this action.  The parties do not intend this Stipulation and [Proposed] Order to affect any separate analysis of whether the remaining Plaintiff American Civil Liberties Union of Northern California has "substantially prevailed" within the meaning of 5 U.S.C. §552(a)(4)(E) or is otherwise entitled to costs.

SO STIPULATED

DATED:  January 29, 2015                    Respectfully submitted,

/s/ *Linda Lye*[1]
American Civil Liberties Union
 Foundation of Northern California
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437
E-mail:  llye@aclunc.org

*Attorney for Plaintiffs*

JOYCE R. BRANDA
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
(D.C. Bar No. 418925)
Deputy Branch Director

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Trial Attorney
U.S. Department of Justice,

---

[1] I, Linda Lye, hereby attest, in accordance with Local Rule 5-1(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorneys for Defendant*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, Plaintiff San Francisco Bay Guardian is hereby dismissed from this action, with Defendant Federal Bureau of Investigation and Plaintiff San Francisco Bay Guardian bearing their own attorney's fees and costs with respect to this action.  This order shall not apply to Plaintiff American Civil Liberties Union of Northern California, which remains a Plaintiff in this action.  This order does not affect any analysis of whether the remaining Plaintiff American Civil Liberties Union of Northern California has "substantially prevailed" within the meaning of 5 U.S.C. §552(a)(4)(E) or is otherwise entitled to costs.

IT IS SO ORDERED.

Date:  ___2/2/15_____

_____
United States District Judge
Susan Illston

*ACLU-NC, et al. v. FBI*, Case No.  12-cv-3728-SI
Stipulation and [Proposed] Order Re: Voluntary Dismissal of San Francisco Bay Guardian

1