Michael T. Risher (CA SBN 191627)
mrisher@aclunc.org
Linda Lye (CA SBN 215584)
llye@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street, 2nd Floor
San Francisco, California 94111
Telephone:   415-621-2493
Facsimile:    415-255-8437

Attorneys for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION OF
NORTHERN CALIFORNIA and
SAN FRANCISCO BAY GUARDIAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; SAN FRANCISCO BAY GUARDIAN, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | CASE No.: 12-cv-3728-SI <br><br> **STIPULATION AND [PROPOSED] ORDER RE: COTINUANCE OF CASE MANAGEMENT CONFERENCE** |

*ACLU-NC, et al. v. FBI*, Case No.  12-cv-3728-SI
Stipulation and [Proposed] Order Re: Continuance of Case Management Conference

**STIPULATION**

WHEREAS, the Court issued a ruling on the parties' cross-motions for summary judgment, in which it ordered Defendant to submit documents for *in camera* review (ECF No. 54);

WHEREAS, Defendant submitted such documents on October 16, 2014 (ECF No. 57) and again on November 21, 2014;

WHEREAS, the Court set a further case management conference for February 13, 2015 at 3 pm;

WHEREAS, counsel for Plaintiffs will be traveling overseas to visit family for a previously unanticipated trip and due to limited flight and fare availability, will be on a plane at the time of the currently-scheduled case management conference;

WHEREAS, the parties are currently awaiting a further ruling from the Court and do not believe there are time-sensitive case management issues that need to be addressed at this juncture;

THEREFORE, the parties jointly and respectfully request that the case management conference currently scheduled for February 13, 2015 be continued to March 13, 2015 at 3 pm, and further request that the parties be permitted to appear telephonically, as counsel for Defendant is located in Washington, D.C. and counsel for Plaintiffs will be on parental leave.

SO STIPULATED

DATED: October 16, 2012                    Respectfully submitted,

/s/ *Linda Lye*[1]
American Civil Liberties Union
 Foundation of Northern California
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437

---

[1] I, Linda Lye, hereby attest, in accordance with Local Rule 5-1(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

E-mail:  llye@aclunc.org

*Attorney for Plaintiffs*

JOYCE R. BRANDA
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
(D.C. Bar No. 418925)
Deputy Branch Director

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

*Attorneys for Defendant*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, the case management conference currently scheduled for February 13, 2015 at 3 pm is continued to March 13, 2015 at 3 pm.

IT IS SO ORDERED.

Date: __2/2/15_____

_____
United States District Judge
Susan Illston