UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Case No. 3:12-cv-03728-SI<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|---|---|

At the parties' request, the Case Management Conference set for March 13, 2015 is continued to Friday, May 15, 2015 at 3:00 p.m. The parties are directed to file an updated case management conference statement one week before that date.

**IT IS SO ORDERED.**

Dated: March 10, 2015

_____
SUSAN ILLSTON
United States District Judge