UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN CIVIL LIBERTIES UNION
OF NORTHERN CALIFORNIA,

Plaintiff,

v.

FEDERAL BUREAU OF
INVESTIGATION,

Defendant.

Case No.   12-cv-03728-SI

**ORDER VACATING CASE
MANAGEMENT CONFERENCE**

The parties are currently scheduled to appear for a case management conference ("CMC")
on May 15, 2015. On May 8, 2015, the parties filed a joint CMC statement whereby they
requested the CMC be vacated in light of the FBI's notice of appeal, filed on April 17, 2015.
Docket Nos. 68, 70. Accordingly, the Court **VACATES** the CMC scheduled for May 15, 2015,
and **ORDERS** the parties to file a joint statement every 90 days to update the Court as to the status
of the above captioned case.

　　　　**IT IS SO ORDERED.**

Dated:    5/14/15

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California