UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, | ) ) ) | No. 12-cv-03728-SI |
| Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION OF DISMISSAL WITH PREJUDICE |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) | |
| Defendant. | ) ) | |

   In this action brought by Plaintiff American Civil Liberties Union of Northern California under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, the Court has issued an order after in camera review of the documents.  During the course of this litigation, the Defendant Federal Bureau of Investigation has released certain documents, and in the end, the Court upheld the FBI's claim to withhold materials under Exemptions 1, 7(A) (except for a sentence in a footnote), 7(C), and 7(D).  The Court denied the FBI's claim to withhold certain materials under Exemption 7(E).  The FBI then filed an appeal to the Ninth Circuit, <u>American Civil Liberties Union of Northern California</u> v. <u>Federal Bureau of Investigation</u>, No. 15-16240 (9th Cir.).

   The parties have executed a Settlement Agreement that resolves all of Plaintiff's claims for disclosure of documents, as well as all of Plaintiff's claims regarding attorney's fees and costs in this litigation generally.  Pursuant to that Settlement Agreement, the FBI has dismissed its appeal, has provided Plaintiff with the agreed documents, and has begun the process of paying Plaintiff's claim for attorney's fees and costs in the amount set forth in the Settlement Agreement.  Accordingly, the parties hereby stipulate to the dismissal, with prejudice, of the following:

- All of Plaintiff's claims against defendant Federal Bureau of Investigation.
- Any and all claims that Plaintiff may have for attorney's fees and costs in this litigation.

| | |
|---|---|
| */s/ Linda Lye*<br>LINDA LYE<br>American Civil Liberties Union<br>  Foundation of Northern California<br>39 Drumm Street<br>San Francisco, CA  94111<br>Telephone:  (415) 621-2493<br>Facsimile:  (415) 255-8437<br>E-mail:  llye@aclunc.org<br><br>*Attorney for Plaintiff* | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br>Civil Division<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br><br>/s/ Brad P. Rosenberg<br>BRAD P. ROSENBERG (D.C. Bar No. 467513)<br>Trial Attorney<br>U.S. Department of Justice,<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C.  20044<br>Telephone:  (202) 514-3374<br>Facsimile:  (202) 616-8460<br>E-mail:  brad.rosenberg@usdoj.gov<br><br>*Attorneys for Defendant* |

IT IS SO ORDERED that Plaintiff's claims for disclosure of documents, as well as any and all claims for attorney's fees and costs in this litigation generally, shall be, and hereby are, DISMISSED WITH PREJUDICE.

_____
SUSAN ILLSTON
United States District Judge

1/7/16
_____
Date

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Linda Lye, hereby attest, in accordance with Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the other signatory listed here.

Dated: February 6, 2016                           /s/ Linda Lye
                                                  Linda Lye